September 17, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

### HEWLETT-PACKARD COMPANY, Appellant

NO. 14-15-00107-CV              V.

### CHRISTOPHER AINSWORTH AND DANIELLE AINSWORTH, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on November 19, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order the supersedeas bond posted by Hewlett-Packard Company released.

We further order Westchester Fire Insurance Company, the surety on the supersedeas bond, released from liability and obligation on the bond.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.